FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

Daniel O. Lundy
(Enter above the full name of the plaintiff in this action.)

Prisoner ID No. #35200
(Do Not Put Your Social Security Number)

V.

_____

_____

(Enter above the full name of the defendant, or defendants, in this action.)

CASE NO. 3:20cv3077

Jury Trial: Yes ____ No ____
(Check One)

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Dec 11, 2020
OFFICE OF THE CLERK

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ____     No ✓

   B.   If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.   Parties to this lawsuit

             Plaintiffs: Daniel O. Lundy

             Defendants: Carroll County Sherriff Dept. Carroll County Sherriff Detention Center. Turn Key Medical.

        2.   Court (if federal court, name the district; if state, name the county):
             _____

        3.   Docket number: _____

        4.   Name of judge to whom case was assigned: _____

        5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

        6.   Approximate date of filing lawsuit: _____

        7.   Approximate date of disposition: _____

−1−

II.  **Place of Present Confinement:** Carroll County Detention Center

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

   A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

   Yes ✓   No _____

   B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

   C. If your answer is NO, explain why not: _____

IV. **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

   A. Your Full Name: Daniel O. Lundy
      Address: 205 Hailey Road
      Berryville, AR. 72616

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Do Not List Witnesses.

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

B. Read carefully and fill out all information sought.

   <u>1. Defendant #1.</u>

   Full Name: Brantley
   Position: Dupty Officer
   Place of Employment: Carroll County Sheriff
   Address: 205 Hailey Road
   Berryville, AR. 72616

**2. Defendant #2**

Full Name: DIAZ

Position: Dupty Officer

Place of Employment: Carroll County Sherriff

Address: 205 Haiely Road Berryville, AR. 72616

**3. Defendant #3**

Full Name: DEAN

Position: SArgent

Place of Employment: Carroll County Sherriff

Address: 205 Hailey Road Berryville, AR. 72616

**4. Defendant #4**

Full Name: Montrosse

Position: Corporall

Place of Employment: Carroll County Sherriff

Address: 205 Hailey Road Berryville, AR. 72616

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.

**V.** At the time of the alleged incident(s), were you: (check the appropriate blank)

\_\_\_ in jail and still awaiting trial on pending criminal charges
\_\_\_ serving a sentence as a result of a judgment of conviction
✓ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: In Jail on Parole violation at the time I was taken off my medications.

Please provide the date of your conviction or probation or parole revocation: 6/23/2020 / June 23d 2020

—3—

## VI. Statement of Claim

State <u>every</u> ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the <u>facts</u> of your claim.

With respect to <u>each</u> claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

<u>Claim Number # 1</u>:

Type of Claim (for example, excessive force, denial of medical care, etc.): **Deliberate Indifference, Denial of medical care, excessive force, violations of Constitutional Rights IV, V, VI, VII, VIII, XIV sec. 1**

Date of the Occurrence: _____

Name of Each Defendant involved: **Carroll County Deputies, Sgt. Dean, Sgt Solice, D.O. Diaz, D.O. Brantley, D.O. Keys and Sgt Lawhorn, Cpl. Montrose, Officer Oliverio**

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

**They used excessive force, Hit me, tazed me, sprayed me in face with mace. Hit me in throught with fist. Slammed into the restraint chair and cracked my ribs. bruises all over my body on more then 1 occassion**

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

√ both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Jail policy + Constitutional Right to Medical Care and medications. Constitutional Right to not be treated with Deliberate Indifferance Jail Policy not to use excessive force Constitional Right to Religous freedom

**Claim Number # 2:**

Type of Claim (for example, excessive force, denial of medical care, etc.): Deliberate Indifference, Denial of medical care, excessive force, Violation of Constitutional Rights. 1, IV, VI VII XIV sec.1

Date of the Occurrence: July 2020 to August 2020

Name of Each Defendant involved: _____

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it. I was badly bruised and my mental meds were taken from me and I was off my meds for 2 months from July 2020 to Aug 2020 I went completely crazy without my medication.

With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)

\_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

\_\_\_\_ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

√ both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Deliberate Indifference Denial of Medical Care, taken off medications. Excessive Force. Violation of Constitutional Rights I IV VI VII VIII XIV sec. 1

**Claim Number # 3:**

Type of Claim (for example, excessive force, denial of medical care, etc.): Deliberate Indifference Denial of Medical Care

Date of the Occurrence: 8/22/20 9/3/20 11/23/20

Name of Each Defendant involved: The medical staff of C.C.D.C.

Describe the acts or omissions of Defendant(s) that form the basis for Claim #3 and any harm caused by it.

I went tottal crazy no sleep restless irratable depressed and tottally delinp.lated from every thing going on. Very stressfull

With respect to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)

___ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

___ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

—6—

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

## VII. Relief

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

√ Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

√ Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

I request that Jail staff take training to make sure this never happens again. I ask that a diet specialist look at the menu and food being served not adiquint adiquit. in calories, not a veried diet, no fruit, only salad for vegtables & cabbage. Svring Mental Angvish

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 4 day of December, 2020.

Daniel O. Lundy
**Printed Name of Plaintiff**

Daniel O. Lundy
**Signature of Plaintiff**

